DAYLE ELIESON
United States Attorney
District of Nevada
JARED GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
jared.l.grimmer@usdoj.gov

Attorney for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00012-APG-NJK |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE RESPONSE |
| ELWYN HOVIETZ | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney; Jared Grimmer, Assistant United States Attorney, counsel for the United States of America and Heidi Ojeda, Esq., counsel for defendant, that response in the above-captioned matter currently due on Friday, June 22, 2018 be continued to Monday, June 25, 2018.

This Stipulation is entered into for the following reasons:

1. Government's counsel is out of the district this work week.

2. The parties agree to the continuance.

3. For the reasons stated above, the ends of justice would best be served by a continuance of the response deadline.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(3)(A) and (h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and (h)(7)(B)(iv).

6. This is the first request for a continuance to file response herein.

DATED this 21st day of June 2018.

                              Respectfully submitted,

                              DAYLE ELIESON
                              United States Attorney

                              */s/ Jared Grimmer*
                              _____
                              JARED GRIMMER
                              Assistant United States Attorney

                              */s/ Heidi Ojeda*
                              _____
                              HEIDI OJEDA, AFPD
                              Counsel for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00012-APG-NJK |
| Plaintiff, | |
| vs. | ORDER TO CONTINUE RESPONSE |
| ELWYN HOVIETZ, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that response in the above-captioned matter be vacated and continued until **June 25, 2018 at 2:00 p.m.**

Dated: June 21, 2018.

_____
UNITED STATES DISTRICT JUDGE